FILED

2010 Aug-17  AM 09:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN  DIVISION

| | | |
|---|---|---|
| **SAMUEL GREEN, etc.** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **CV 10-PT-259-E** |
| | ) | |
| **CABLE ONE, INC., etc.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

This cause is before the court on the Plaintiff's Motion and Memorandum of Law in Support of Class Certification filed by plaintiff Samuel Green on August 11, 2010.  The court's submission order filed on August 16, 2010 (Doc. 40) is hereby **VACATED**.  See previous scheduling agreement.

DONE and **ORDERED** this the 17th day of August, 2010.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**