IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SAMUEL GREEN, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CABLE ONE, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 1:10-CV-0259-RBP |

## NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff conferred with Defendants in effort to reach a stipulation on the Motion to Dismiss in an effort to minimize the use of judicial resources. Defendants requested the Plaintiffs file a Notice of Non-Opposition instead.

Therefore, Plaintiff submits this Notice of Non-Opposition to Defendant's Motion to Dismiss.

Dated: February 7, 2011                                  Respectfully submitted,


                                                By:   /s/David A. Stampley
                                                      One of Their Attorneys
                                                      KAMBERLAW, LLC
                                                      100 Wall Street, 23rd Floor
                                                      New York, New York 10005
                                                      Telephone: (212) 920-3072
                                                      Facsimile: (212) 920-3081


OF COUNSEL:
BRIAN J. PANISH
panish@psblaw.com
RAHUL RAVIPUDI
ravipudi@psblaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone:  (310) 477-1700
Facsimile:  (310) 477-1699

JOEY K. JAMES
BUNCH & JAMES
210 E. Tennessee Street
Florence, Alabama 35630
Telephone: (256) 764-0095
Facsimile:  (256) 767-5705

JOSEPH H. MALLEY
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY, P.C.
1045 North Zang Boulevard
Dallas, Texas 75208
Telephone:  (214) 943-6100
Facsimile:  (214) 943-6170

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2011, I effected service of the foregoing NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS as follows:

I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to the following counsel of record:

I transmitted a true and correct copy as an email attachment, to which means of service such persons have consented:

Robert J. Campbell
Michael R. Pennington
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue N, Seventh Floor
Birmingham, AL 35283-0709

Simon James Frankel
Covington & Burling LLP
One Front Street
San Francisco, CA 94111

F. Chadwick Morriss
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

Jonathan D. Hart
Michael D. Hays
Dow Lohnes PLLC
1200 New Hampshire Avenue NW
Washington, DC 20036

Joey K. James
Bunch & James
210 East Tennessee Street
Florence, AL 35631

Joseph H. Malley
Law Office of Joseph H. Malley, PC
1045 North Zang Boulevard
Dallas, TX 75208

David C. Parisi
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403

_/s/ Monica Davis_____
Monica Davis