IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**SAMUEL GREEN, etc.**

    **Plaintiff,**

v.                                             CV 10-PT-259-E

**CABLE ONE, INC.**

    **Defendant.**

## ORDER

On January 12, 2011, defendant Cable One, Inc. filed a motion to dismiss this action for lack of subject matter jurisdiction because plaintiff Samuel Green lacked standing. DKT. ## 54, 55.

On February 8, 2011, plaintiff submitted a notice of non-opposition to defendant's motion to dismiss. DKT. #64.

Accordingly, it is this 23rd day of February, 2011, hereby

**DONE** and **ORDERED** that the defendant's motion to dismiss is **GRANTED**, and this action is hereby **DISMISSED** with each party to bear their own costs and fees.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**